## Commonwealth *v.* Burton, Appellant.

OPINION BY RICE, P. J., July 13, 1911:

For the reasons given in Com. v. Weiserth, ante, p. 592, all the assignments of error are overruled and the judgment is affirmed.